UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
SECURITIES AND EXCHANGE             )
     COMMISSION,                    )
                                    )
               Plaintiff,           )
                                    )
          v.                        )   CIVIL ACTION NO. 03-10762-PBS
                                    )
BRIAN ADLEY,                        )
                                    )
               Defendant.           )
                                    )
```

**VERDICT**

Saris, U.S.D.J.

I. **Section 10(b) of the Securities Exchange Act and Rule 10b-5**

Q1. Did Brian Adley ("Adley") engage in securities fraud relating to the date of the consolidation of Tomahawk's financial results into Chancellor's 1998 and first quarter 1999 financial results?

    ✓ Yes      ___ No

Q2. Did Adley engage in securities fraud relating to the fee for the Tomahawk transaction allegedly paid by Chancellor to Vestex/VMI?

    ✓ Yes      ___ No

Q3. Did Adley engage in securities fraud relating to the alleged misuse of the Merrill Lynch line of credit given to Chancellor and the alleged related disclosure failures in Chancellor's Form 10-QSB Reports for the first three quarters of 2000?

    ✓ Yes      ___ No

## II. Aiding-and-Abetting Charges

**Q4.** Did Adley aid and abet Chancellor's alleged reporting of false and misleading information in Annual Statements (Forms 10-KSB and 10-KSB-A) for the fiscal year ended:

(a) December 31, 1998? (Ex. 47)

____✓____ Yes    _____ No

(b) December 31, 1999? (Ex. 120)

____✓____ Yes    _____ No

**Q5.** Did Adley aid and abet Chancellor's alleged reporting of false and misleading information in Quarterly Reports on the Forms 10-QSB for the fiscal quarters

(a) March 31, 1999 (Ex. 86)    ____✓____ yes _____ no

(b) March 31, 2000 (Ex. 129)    ____✓____ yes _____ no

(c) June 30, 2000 (Ex. 132)    ____✓____ yes _____ no

(d) September 30, 2000 (Ex. 136)    ____✓____ yes _____ no

**Q6.** Did Adley aid and abet Chancellor's alleged reporting of false and misleading information in Forms 8-K relating to:

(a) its acquisition of Tomahawk? (Ex. 65)

____✓____ Yes    _____ No

(b) its dismissal of its auditor? (Ex. 78)

____✓____ Yes    _____ No

**Q7.** Did Adley aid and abet Chancellor's alleged maintenance of false and misleading books and records (1) by materially overstating the company's revenue, income and assets for fiscal year 1998 and the first quarter of 1999 and (2) by failing to adequately disclose related party transactions for fiscal year 1998 and 1999 and the first three quarters of fiscal year 2000?

(a) Fiscal Year
    December 31, 1998    ____✓____ yes _____ no

   **(b)** First Quarter
       March 31, 1999     ✓ yes     \_\_\_\_ no

   **(c)** Fiscal Year
       December 31, 1999     ✓ yes     \_\_\_\_ no

   **(d)** First Quarter
       March 31, 2000     ✓ yes     \_\_\_\_ no

   **(e)** Second Quarter
       June 30, 2000     ✓ yes     \_\_\_\_ no

   **(f)** Third Quarter
       September 30, 2000     ✓ yes     \_\_\_\_ no

**Q8.** Did Adley aid and abet Chancellor's alleged failure to maintain internal controls for Fiscal year 1998, Fiscal year 1999, and the first three quarters of 2000?

         ✓ Yes          \_\_\_\_ No

### III. Alleged Accounting Violations

**Q9.** Did Adley knowingly circumvent Chancellor's system of internal accounting controls or knowingly falsify or cause to be falsified Chancellor's books, records, or accounts?

         ✓ Yes          \_\_\_\_ No

**Q10.** Did Adley, directly or indirectly, make or cause to be made, materially misleading statements to Chancellor's auditors in connection with (1) audits and auditor reviews of Chancellor's financials or (2) the preparation of the company's SEC filings?

         ✓ Yes          \_\_\_\_ No

    I certify that the answers to the above questions are unanimous.

                           _[signature]_
                           Foreperson of the Jury

DATE: 11/14/07